**FILED**

04/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0432

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0432

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

WILLIAM DARRALL MILLER,

 Defendant and Appellant

**ORDER**

 Upon consideration of Appellant's motion for extension of time, and good cause appearing,

 IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 29, 2020, within which to prepare, file, and serve Appellant's reply brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 24 2020